UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **H 11 - 552** |
| v. | § § | CRIMINAL No. H-11- |
| **DELMUS EUGENE SCOTT, JR.**<br>**Defendant** | § § § § | |



United States Courts
Southern District of Texas
FILED

JUL 2 7 2011

David J. Bradley, Clerk of Court

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Theft of Public Funds)
(18 U.S.C. §641)

From on or about December, 2009 until on or about June, 2010, within the Houston Division of the Southern District of Texas,

**DELMUS EUGENE SCOTT, JR.**

defendant herein, did knowingly embezzle, steal, and knowingly convert to his use or the use of another, a thing of value belonging to the United States Postal Service, to wit: $565,000 in United States postal money orders.

In violation of Title 18, United States Code, Section 641.

### NOTICE OF FORFEITURE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461)

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to the Defendant, that upon conviction for theft of public funds,

in violation of Title 18, United States Code, Section 641, as charged in Count 1, any property which constitutes, or is derived from proceeds traceable to violations of Count One, shall be forfeited to the United States. The property subject to forfeiture includes, but is not limited to approximately $565,000 in United States dollars, or a money judgment equal to that amount.

## SUBSTITUTE ASSETS

In the event that the property subject to forfeiture as a result of any act or omission of the defendant:

- a. cannot be located upon exercise of due diligence;
- b. has been placed beyond the jurisdiction of the Court;
- c. has been transferred or sold to, or deposited with a third party;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of such property pursuant to Title 21, United States Code, Section 853(p), incorporated by reference in Title 28, United States Code, Section 2461, and Title 18, Section 982(b)(1).

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: _____
TAMMIE Y. MOORE
Special Assistant United States Attorney