USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET H 11 - 552**
United States Courts
Southern District of Texas
FILED

JUL 27 2011

No. _____

HOUSTON DIVISION

USAO Number: 2010R14749
Magistrate Number:

**CRIMINAL INDICTMENT**   Filed   David J. Bradley, Clerk of Court   Judge: Lake

**UNITED STATES of AMERICA**
VS.

**ATTORNEYS:**
JOSE ANGEL MORENO, USA   (713) 567-9000
Tammie Y. Moore, SAUSA   (713) 567-9582

| | Appt'd | Private |
|---|---|---|
| DELMUS EUGENE SCOTT, JR. | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Theft of Public Funds [18 USC § 641]

**PENALTY:**  Ct. 1: Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

**NAME & ADDRESS**
of Surety:

**PROCEEDINGS:**